UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **AMANDA MEZA** | **CASE NO. 6:19-CV-00296** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **HARVEY ALLEN, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation issued by the Magistrate Judge, and noting the absence of objections thereto and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss filed by the City of Scott [Rec. Doc. 8] is **GRANTED**, and all claims against the City of Scott are **DISMISSED.**

**IT IS FURTHER ORDERED** that the claims asserted against Officer Harvey Allen and the Unknown Officers in their official capacities are **DISMISSED**. Plaintiff's claims against Officer Allen and the Unknown Officers in their individual capacities remain pending.

**THUS DONE** in Chambers on this 21st day of July, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE